UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LOIS PATILLO, RHONDA BEAVER,
LARRY CAMPBELL, JAMES CLARK,
FLORENCE DIETTERICK, SONDRA
DWORKIN, PHILLIP FISHER,
RHONDA FORRY, LINDA GARRETT,
ANNA HANCHARIK, DAVID HASLAM,
ELEANOR HENRY, ROBIN HOLTZMAN,
REX HEPNER, MARY HUNTER,
LAURA JUICE, ELIZABETH HOSAGE,
ROGER JUMPER, SHERWOOD KEPNER,
KEVIN KESTER, THOMAS FLEINFELTER,
ELIZABETH KRAUSE, ROBERT LEAMAN,
THERESA MARTIN, ELMA MIGUEIS,
LESTER PATERBAUGH, HELEN RICHARDSON,
JAIME RIVERA, JOSEPH ROHM,
RONALD SCOTT, JESSICA STOVALL,
BERNADINE TEMPLETON, and
ARLENE WOODSON

v.

CA 08-009 ML
MDL CASE NO. 07-1842 ML

C.R. BARD, INC. and
DAVOL INC.

ORDER

This case is related to those cases that comprise the In Re: Kugel Mesh Hernia Patch Litigation, MDL Case No. 07-1842 ML. This case is therefore consolidated for pretrial purposes with MDL Case No. 07-1842 ML, and all further proceedings shall be governed by the provisions of Practice and Procedure Order Numbers 1-6, as well as

any additional Practice and Procedure Orders entered by the Court in the future.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
January 24, 2008