**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LOIS PATILLO, RHONDA BEAVER, LARRY CAMPBELL, JAMES CLARK, FLORENCE DIETTERICK, SONDRA DWORKIN, PHILLIP FISHER, RHODA FORRY, LINDA GARRETT, ANNA HANCHARIK, DAVID HASLAM, ELEANOR HENRY, REX HEPNER, ROBIN HOLTZMAN, ELIZABETH HOSAGE, MARY HUNTER, LAURA JUICE, ROGER JUMPER, SHERWOOD KEPNER, KEVIN KESTNER, THOMAS KLEINFELTER, ELIZABETH KRAUSE, ROBERT LEAMAN, THERESA MARTIN, TRACY MCGOWAN, WILLIAM MEYERS, ELMA MIGUEIS, LESTER PUTERBAUGH, HELEN RICHARDSON, JAIME RIVERA, JOSEPH ROHM, RONALD SCOTT, LEONARD SPIRITO, JESSICA STOVALL, BERNADINE TEMPLETON, and ARLENE WOODSON** | * | **CIVIL ACTION NUMBER** |
| **Plaintiff's** | * | **08-CV-00009 ML** |
| **v.** | * | |
| **DAVOL, INC. and C.R. BARD, INC.** | * | |
| **Defendants** | * | |

**<u>PLAINTIFFS' MOTION TO REMAND</u>**

Now come Plaintiffs and move this Honorable Court to remand this case back to the Rhode Island Superior Court, Providence County, Case No., CV-07-6960 ("State Court") on the grounds that there is no federal question of law involved in this case and federal diversity jurisdiction does not exist. Defendants are attempting to subvert the

judicial system through a hyper-technical removal of a properly filed Rhode Island State court action. Specifically:

1. Plaintiffs' Complaint does not raise questions of federal law;

2. Federal diversity jurisdiction does not exist as Defendant Davol's primary place of business is situated in Rhode Island, the location where the State Court action was filed;

3. Defendant Davol, Inc. ("Davol") is a Rhode Island resident and citizen for the purpose of determining jurisdiction as its principle place of business is within the state of Rhode Island;

4. Defendant Davol is a properly joined party as a matter of law;

5. Defendants and their Counsel, have been served with similar Rhode Island Superior Court actions, within the past several months, and many of these lawsuits are currently pending, unremoved, in the Rhode Island Superior Court, Providence County.

Respectfully submitted,

/s/ Jeffrey M. Padwa

Jeffrey M. Padwa, Esquire (#5130)
PADWA LAW
303 Jefferson Blvd.
Warwick, RI 02888
(401) 921-4800
(401) 921-4805 Fax
Jeffrey@padwalw.com

DATED: February 7, 2008

## CERTIFICATE OF SERVICE

I, Jeffrey M. Padwa, hereby certify that on February 7, 2008, I served a true and accurate copy of the within by causing the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case as follows:

Mark T. Nugent
Thomas M. Robinson
Morrison Mahoney LLP
10 Weybosset Street, Suite 900
Providence, Rhode Island 02903

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsowrth
1350 I Street N.W.
Washington, DC 20005

Attorneys for defendants
C.R. Bard, Inc. and Davol Inc.

/s/ Jeffrey M. Padwa
Jeffrey M. Padwa